# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE, et al., | Case No.: 2:19-cv-00075-RFB-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 18) |
| PRACTICAL FLOORING, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend the deadline for Defendants to respond to the complaint. Docket No. 18. The parties submit that they are actively engaged in settlement negotiations and ask the Court to extend Defendants' deadline to respond to April 15, 2019. *Id. at 2.* The Court specifically ordered that the parties request to extend this deadline must address all relevant standards. Docket No. 16 at 1. The parties, however, fail to address excusable neglect for their request to extend the deadline. *See* Local Rule IA 6-1.

Accordingly, the parties' stipulation, Docket No. 18, is **DENIED** without prejudice. Any request to extend the deadline must be filed no later than April 3, 2019, and must address all relevant standards.

IT IS SO ORDERED.

Dated: April 1, 2019

                                                                                   _____
                                                                                   Nancy J. Koppe
                                                                                   United States Magistrate Judge