Georlen K. Spangler, Esq.
Nevada Bar No. 3818
Law Office of Georlen K. Spangler
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 381-5830
spanglerlaw@outlook.com
*Attorneys for Defendants Practical Flooring, Inc., Danette Bordlemay-Roybal*
*a/k/a Danette Roybal; Leo Bernard Roybal, Jr., Platte River Insurance Company*
*and Great American Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE,<br><br>Plaintiffs,<br>vs.<br><br>PRACTICAL FLOORING, INC., a Nevada | Case No. 2:19-cv-00075-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | corporation; DANETTE BORDLEMAY-ROYBAL aka DANETTE ROYBAL, an individual; LEO BERNARD ROYBAL, JR., an individual; PLATTE RIVER INSURANCE COMPANY, a Wisconsin corporation; WESTERN SURETY COMPANY, a South Dakota corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive, |
| | Defendants. |

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel of record, that pursuant to LR IA 6.1, that Defendants Practical Flooring, Inc., Danette Bordlemay-Roybal a/k/a Danette Roybal, Leo Bernard Roybal, Jr., Platte River Insurance Company and Great American Insurance Company shall have up to and including April 15, 2019 within which to answer or otherwise respond to the Complaint.

Although the parties had agreed, in writing, to extend the deadline for a responsive pleading to be filed before the responsive pleading was due on behalf of Defendants Practical Flooring, Inc., Danette Danette Bordlemay-Roybal a/k/a Danette Roybal, Leo Bernard Roybal, Jr., Platte River Insurance Company, the parties were unaware that LR IA 6.1(a) applied to extensions of time to respond to a Complaint and, therefore, did not formalize their agreement in the form of a Stipulation and Order. With respect to Defendant Great American Insurance Company Ms. Spangler was just retained on March 29, 2019 and filed a Notice of Appearance that same day. [Doc. 17]. The parties apologize to the Court for not submitting a Stipulation in advance of the responsive pleading deadline and submit that such error was excusable.

//

//

//

Good cause exists to extend the time within which to file a responsive pleading because the parties are actively engaged in settlement negotiations to resolve this case in its entirety. The requested extension will provide the parties with the opportunity to finalize their negotiations without the added expense of responding to the Complaint.

Dated this 1st day of April, 2019.

**CHRISTENSEN JAMES & MARTIN**

By: /s/ Wesley J. Smith, Esq.
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
Email: wes@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the Painters and Floorcoverers Joint Committee, et al.*

**LAW OFFICES OF GEORLEN SPANGLER**

By: /s/ Georlen K. Spangler, Esq.
Georlen Spangler, Esq.
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
Tel: (702) 381-5830
Email: spanglerlaw@outlook.com
*Attorneys for Defendants Practical Flooring, Inc., Danette Roybal, Leo Bernard Roybal, Jr.,, Platte River Insurance Company and Great American Insurance Company*

**IT IS SO ORDERED**.

Dated this __2__ day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE