Georlen K. Spangler, Esq.
Nevada Bar No. 3818
Law Office of Georlen K. Spangler
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 381-5830
spanglerlaw@outlook.com
*Attorneys for Defendants Practical Flooring, Inc., Danette Bordlemay-Roybal a/k/a Danette Roybal; Leo Bernard Roybal, Jr., Platte River Insurance Company and Great American Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; PDCA/FCA INDUSTRY PROMOTION FUND; PAINTERS ORGANIZING FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE,<br><br>                              Plaintiffs,<br>vs.<br><br>PRACTICAL FLOORING, INC., a Nevada | Case No. 2:19-cv-00075-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

corporation; DANETTE BORDLEMAY-ROYBAL aka DANETTE ROYBAL, an individual; LEO BERNARD ROYBAL, JR., an individual; PLATTE RIVER INSURANCE COMPANY, a Wisconsin corporation; WESTERN SURETY COMPANY, a South Dakota corporation; GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,

Defendants.

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a), that this action and all claims asserted therein shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 12th day of April, 2019.

**CHRISTENSEN JAMES & MARTIN**

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
Email: wes@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the Painters and Floorcoverers Joint Committee, et al.*

**LAW OFFICES OF GEORLEN SPANGLER**

By: /s/ Georlen K. Spangler
Georlen Spangler, Esq.
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
Tel: (702) 381-5830
Email: spanglerlaw@outlook.com
*Attorneys for Defendants Practical Flooring, Inc., Danette Roybal, Leo Bernard Roybal, Jr.,, Platte River Insurance Company and Great American Insurance Company*

**ANDERSON McPHARLIN & CONNERS, LLP**

By: /s/ Kevin J. Hejmanowski
Carleton R. Burch, Esq.
Nevada Bar No. 10527
Kevin J. Hejmanowski, Esq.
Nevada Bar No. 10612
601 S. Seventh Street
Las Vegas, NV  89101
Tel:  (702) 479-1010
Email: crb@amclaw.com; kjh@amclaw.com
*Attorneys for Defendant Western Surety Company*

**IT IS SO ORDERED**.

Dated this __16th__ day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:   Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed belo which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

/s/ Georlen K. Spangler
Georlen K. Spangler, Esq.